

Signed and Filed: June 11, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                                 ) Bankruptcy Case
                                      ) No. 08-31966DM
GENEROSO F. INARDA and ERLINDA R.     )
INARDA,                               ) Chapter 7
                                      )
                    Debtors.          )
_____)
GENEROSA INARDA and ERLINDA INARDA,   ) Adversary Proceeding
                                      ) No. 09-3006DM
                    Plaintiffs,       )
                                      ) Date: July 23, 2010
v.                                    ) Time: 10:00 a.m.
                                      ) Location: Courtroom 22
WACHOVIA MORTGAGE BANK, FSB,          ) 235 Pine St.
                                      ) San Francisco, CA
                    Defendant.        )
_____)
```

ORDER TO SHOW CAUSE RE DISMISSAL

    Plaintiff in the above-entitled action is hereby ordered to appear before Hon. Dennis Montali, at the above-mentioned date, time and location, to show cause why the action should not be dismissed for failure to prosecute.  Plaintiff must file with the court and serve on the defendant a response no later than ten (10) days before the hearing.

    This adversary proceeding will be dismissed and the hearing vacated unless plaintiff timely files a written response to this order with the court and serves defendant.  If plaintiff fails to

appear at the hearing, the adversary proceeding will be dismissed. Defendant must appear at the hearing <u>only</u> if served with plaintiff's written response. Parties desiring to appear by telephone should contact the judge's courtroom deputy, Ms. Lorena Parada (415-268-2323), to arrange a telephone conference.

**END OF ORDER**

```
 1                      COURT SERVICE LIST
 2  Generoso Inarda
    Erlinda Inarda
 3  343 Irvington St.
    Daly City, CA 94015
 4
    Robert G. Jackson, Esq.
 5  Law Offices of Robert G. Jackson
    217 Junipero Serra Blvd., #620
 6  Daly City, CA 94014
```